No. 2,963.—J. C. EDWARDS, RESPONDENT, *v.* J. C. ENGLISH ET AL., APPELLANTS.

*Appeal from District Court, Lewis & Clark County; J. Miller Smith, Judge.*

Decided June 7, 1911.

PER CURIAM.—The appeal in the above-entitled cause is hereby dismissed in accordance with motion of counsel for appellants.

*Messrs. Walsh & Nolan,* for Appellant.

---

No. 3,030.—STATE EX REL. NESBIT ROCHESTER, RELATOR, *v.* DISTRICT COURT ET AL., RESPONDENTS.

Original application for writ of supervisory control to the District Court of Silver Bow County and one of the Judges thereof.

Decided June 13, 1911.

PER CURIAM.—The relator's petition for writ of supervisory control herein, heretofore submitted, is, after due consideration by the court, denied.

*Mr. C. M. Parr,* for Relator.